IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TAMMY MIDDLEBROOKS,                    *

                    Plaintiff,         *

v.                                         Case No.  5:23-cv-00287-CHW
                                       *

COMMISSIONER OF SOCIAL SECURITY,       *

                    Defendant.         *

                                       *

## J U D G M E N T

Pursuant to this Court's Order dated September 4, 2024, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 4th day of September, 2024.

.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk